PHILIP A. OVERCASH #022964
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ  85253-2742
(480) 429-5000
Facsimile: (480) 429-5001
Philip.Overcash@kutakrock.com

*Attorneys for Defendants Zurich American
Insurance Company and Zurich American
Insurance Company of Illinois*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARTHA TAYLOR on behalf of the ESTATE OF STEVEN THOMSON, THOMAS THOMSON, and KAYCI THOMSON,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br><br>Defendants. | Case Number:<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, and 29 U.S.C. §§ 1001-1461, and LRCiv 3.7, Defendants Zurich American Insurance Company ("Zurich") and Zurich American Insurance Company of Illinois ("Zurich of Illinois") hereby remove to this Court the above-captioned state court civil action (CV2011-00772) pending in the Mohave County, Arizona Superior Court. Removal is proper on the following grounds:

1. On May 11, 2011, Plaintiffs Martha Taylor, on behalf of the Estate of Steven Thomson, Thomas Thomson, and Kayci Thomson filed a Complaint against Zurich and Zurich of Illinois in the Mohave County, Arizona Superior Court, Case No. CV201100772.

2. On June 10, 2011, Plaintiffs served Zurich's statutory agent, the Arizona Department of Insurance, with a Summons directed to Zurich, only; a copy of the Complaint; and a copy of the Certificate Re: Compulsory Arbitration. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Complaint; Summons issued for service on Zurich, only; and Certificate Re: Compulsory Arbitration served on Zurich via the Arizona Department of Insurance, are attached hereto as **Exhibit A**. Zurich of Illinois has not received copies of a Summons, Complaint, and a copy of the Certificate Re: Compulsory Arbitration, although Plaintiffs have caused to be filed with the Court an Affidavit of Service stating that Zurich of Illinois was so served on June 10, 2011. Plaintiffs' Affidavits of Service, filed with the Mohave County, Arizona, Superior Court on June 20, 2011, are attached hereto as **Exhibit B**. Copies of the Exhibits to the Complaint, which were *not* served on Zurich or Zurich of Illinois, are attached hereto as **Exhibit C**.

3. As alleged in paragraph 1 of the Complaint, Plaintiff Martha Taylor is a resident of the State of Arizona. *See* Exhibit A, ¶ 1.

4. As alleged in paragraph 2 of the Complaint, Plaintiff Thomas Thomson is a resident of the State of Arizona. *See* Exhibit A at ¶ 2.

5. As alleged in paragraph 3 of the Complaint, Plaintiff Kayci Thomson is a resident of the State of California. *See* Exhibit A at ¶ 3.

6. Zurich is a corporation organized under the laws of the State of New York with its principal place of business in the State of Illinois.

7. Zurich American Insurance Company of Illinois is a corporation organized under the laws of the State of Illinois with its principal place of business in the State of Illinois.

8. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) because complete diversity of citizenship exists between Plaintiffs and Defendants and the amount in controversy, as alleged in the Complaint, exceeds $75,000, exclusive of interest and costs. *See* Exhibit A at ¶¶ 20, 21, 64, and 65.

1  9. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because, as alleged in the Complaint, it arises under the laws of the United States, specifically the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1461. *See* Exhibit A, ¶¶ 14-15; *see also* 29 U.S.C. § 1132(e)(1).

10. The policy described in the Complaint is an employee welfare benefit plan governed by ERISA, and Plaintiffs seek benefits allegedly due under the policy. *See* Exhibit A at ¶¶ 15, 45-48, and 63-66; *see also* 29 U.S.C. §§ 1002(1), 1003(a), and 1132(a)(1)(B).

11. This notice of removal is timely under 28 U.S.C. § 1446(b) because it is being filed within thirty days after service of Summons and a copy of the Complaint on Zurich's statutory agent.

12. Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.7(a), written notice of this notice of removal will be given to Plaintiffs and a copy of this Notice of Removal has been filed with the Clerk of the Mohave County, Arizona Superior Court.

13. Pursuant to LRCiv 3.7(b), true and complete copies of all pleadings and other documents that were previously filed with the state court are being filed contemporaneously herewith.

WHEREFORE, Defendants remove this action from the Mohave County, Arizona, Superior Court to the United States District Court for the District of Arizona.

Dated this 8th day of July, 2011.

KUTAK ROCK LLP

By   s/ Philip A. Overcash
Philip A. Overcash
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8th 2011, the foregoing NOTICE OF REMOVAL was filed electronically. A copy of the foregoing is being sent on this 8th day of July, 2011, via first-class mail, postage prepaid to:

Edward P. Moriarity, Esq.
Bradley L. Booke, Esq.
Minot C. Maser, Esq.
MORIARITY, BADARUDDIN & BOOKE
124 West Pine Street
Missoula, MT 59802

and

Douglas D. Sutherland
THE SUTHERLAND LAW FIRM
722 East Beale Street
Kingman, AZ 86401

*Attorneys for Plaintiffs*

s/ Kathryn Fitchett