# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Martha Taylor, et al.,   ) | **JUDGMENT OF DISMISSAL** |
| ) | **IN A CIVIL CASE** |
| Plaintiffs,   ) | |
| v.   ) | CV-11-8110-PCT-JAT |
| ) | |
| Zurich American Insurance Company, et al.,   ) | |
| ) | |
| Defendant(s).   ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated June 7, 2013, judgment of dismissal is entered and this action is hereby dismissed with prejudice.

BRIAN D. KARTH
District Court Executive/Clerk

June 28, 2013

s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)